IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELLY MARCOTTE,

    Plaintiff,

  v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation, and DOES 1–20, inclusive,

    Defendant.

No. C 05-05160 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for March 16, 2006, at 2:00 p.m., is **CONTINUED** to **MARCH 23, 2006, AT 11:00 A.M.**, due to plaintiff's counsel's inability to attend.

**IT IS SO ORDERED.**

Dated: March 16, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE